IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAQUETTA STEWART,                                          CV 06-123-MA

        Plaintiff,                                     OPINION AND ORDER

  v.

MICHAEL J. ASTRUE,

        Defendant.

    TIM WILBORN
    2020-C SW 8th Avenue, PMB # 294
    West Linn, Oregon  97068

        Attorney for Plaintiff

    KARIN J. IMMERGUT
    United States Attorney
    NEIL J. EVANS
    Assistant United States Attorney
    1000 S.W. Third Avenue, Suite 600
    Portland, OR  97204-2902

    CAROL A. HOCH
    Special Assistant United States Attorney
    Social Security Administration
    701 5th Avenue, Suite 2900 M/S 901
    Seattle, WA  98104-7075

        Attorneys for Defendant

MARSH, Judge:

    Plaintiff, Laquetta Stewart (Stewart), brings this action for judicial review of a final decision of the Commissioner of Social Security denying her application for disability insurance

1- OPINION AND ORDER

benefits (DIB) under Title II of the Social Security Act (the Act).  See 42 U.S.C. §§ 401-33.  This court has jurisdiction under 42 U.S.C. § 405(g).

Stewart applied for DIB August 6, 2003, alleging she became disabled January 1, 2002, due to a combination of the following: fibromyalgia, headaches, chronic fatigue, degenerative disc disease and depression.  Stewart was born in April 1942, and worked as a hairdresser until the age of 59.  She has a high school education, with additional training in cosmetology.

After her application was denied at the initial and reconsideration stages, Stewart requested a hearing, which was conducted before an Administrative Law Judge (ALJ) on February 8, 2005, and continued on March 14, 2005.  On May 19, 2005, the ALJ issued a written decision, denying Stewart's request for benefits.  The Appeals Council denied her request for review on December 20, 2005, making the ALJ's decision the final decision of the Commissioner of Social Security.

On appeal to this court Stewart alleges the ALJ erred by: (1) improperly rejecting lay witness testimony; (2) failing to provide legally sufficient reasons for rejecting Stewart's credibility; and (3) improperly rejecting the opinions of rheumatologist, Howard Gandler, M.D..  Stewart prays for remand for an immediate calculation of benefits.

2- OPINION AND ORDER

The Commissioner admits error in the ALJ's decision, and asks this court to remand for further administrative proceedings to allow the ALJ to: (1) reevaluate plaintiff's alleged mental impairment, including obtaining a consultative mental examination; (2) to reevaluate Dr. Gandler's opinion; (3) to reevaluate lay witness testimony; and, thereafter, (4) to complete the five-step sequential evaluation.  See Bowen v. Yuckert, 482 U.S. 137, 140 (1987); 20 C.F.R. § 404.1520.  The Commissioner maintains that further proceedings are necessary to resolve outstanding issues, such as the severity of Stewart's alleged mental impairment and related limitations, and the weight to be given the improperly rejected lay witness testimony.

Stewart opposes the Commissioner's motion for remand.  She unpersuasively argues that crediting Dr. Gandler's opinion as true establishes that she is disabled, within the meaning of the Act.  As outlined in the Commissioner's Memorandum in Support of Remand (Doc. # 22), even if Stewart's questionable subjective testimony did not compromise Dr. Gandler's opinion, precluding wholesale application of the "crediting as true doctrine," outstanding issues remain to be resolved before a disability determination can be made.  See Harman v. Apfel, 211 F.3d 1172, 1178 (9th Cir. 2000) (citing Smolen v. Chater, 80 F.3d 1273, 1292 (9th Cir. 1996)).

3- OPINION AND ORDER

Thus, for the reasons stated in the Commissioner's Memorandum in Support of Remand (Doc. # 22), I concur with the government, and find the matter must be remanded for further proceedings, as outlined above.

## **CONCLUSION**

Based on the foregoing, the Commissioner's decision is REMANDED for further proceedings, consistent with this opinion.

IT IS SO ORDERED.

DATED this 23_ day of April, 2007.

                     /s/  Malcolm F. Marsh
                     Malcolm F. Marsh
                     United States District Judge